

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JACQUELYN W. PENA, AS NEXT          §
FRIEND OF ALEX ROMEL, A MINOR       §
                                    §
VS.                                 §          CIVIL ACTION NO. B - 01 - 17
                                    §
SAN BENITO CONSOLIDATED             §
INDEPENDENT SCHOOL DISTRICT         §

## NOTICE OF REMOVAL OF A CIVIL ACTION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW , SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL

DISTRICT, Defendant in the above styled and numbered matter, and files this its Notice of

Removal of the present cause from the County Court at Law No. 1 of Cameron County,

Texas, in which it is now pending to the United States District Court for the Southern

District of Texas, Brownsville Division, and would respectfully show unto the Court as

follows:

(1)     The Plaintiff is Jacquelyn W. Pena, As Next Friend of Alex A. Romel.  Defendant

        is the San Benito Consolidated Independent School District.

(2)     This cause was commenced on October 1, 2001, in the County Court at Law No. 1

of Cameron County, Texas with the style <u>Jacquelyn Pena, As Next Friend of Alex A.</u>

<u>Romel, a Minor child vs. San Benito Consolidated Independent School District,</u>

Cause Number 2001-CCL-874-A. A true and correct copy of all process, pleadings,

and orders in that cause as well as a certified docket sheet are attached hereto as

**Exhibit "A"** pursuant to 28 U.S.C. §1446(a) and this District's local rules. Plaintiff

is alleging Defendant violated the Fourteenth Amendment to the United States

Constitution and raise this action pursuant to 42 U.S.C. §1983.

(3)     Defendant San Benito Consolidated Independent School District, was served with a

copy of Plaintiff's Original Petition on October 3, 2001. Defendant filed this notice

of removal within the thirty day time period required by 28 U.S.C. §1446(b).

(4)     Removal is proper in that Plaintiff's suit involves a federal question. 28 U.S.C. §§

1331, 1441(b).   Specifically, Plaintiff alleges a violation of the Fourteenth

Amendment to the United States Constitution.

(5)     Upon filing of this Notice of Removal of this cause, written notice of the filing by

Petitioner to Plaintiff and his counsel have been provided as required by law. A copy

of such Notice with proof of service of same is attached hereto and incorporated

herein for all purposes. A copy of such notice is also being filed with the clerk of the

county court where this cause was originally filed.

(6)     Venue is proper in this district under 28 U.S.C. §1441(a) because this district
embraces the place where the removed action has been pending.

(7)     Defendant requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, SAN BENITO INDEPENDENT
SCHOOL DISTRICT, Defendant, prays for removal of the above entitled cause of action
from the County Court at Law No. 1 of Cameron County, Texas to this Court and seeks all
other relief to which it may show itself to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone     : (956) 541-1846
Facsimile      : (956) 541-1893

BY: _____
EILEEN LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

BY: _____
SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT
SAN BENITO CONSOLIDATED I.S.D.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Notice of Removal of Civil Action** has been forwarded to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via certified mail, return receipt requested, with postage pre-paid and addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, TX 78520

on this the ___16th___ day of October, 2001

EILEEN LEEDS

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the southern District of Texas do not require a conference for this pleading.

EILEEN LEEDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO. **B - 01 - 17 6** |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

---

# EXHIBIT "A"

---

# CIVIL DOCK

| NAME OF PARTIES | ATTORNEYS |
|---|---|
| JACQUELYN W. PENA A/N/F OF ALEX A. ROMEL, A MINOR<br><br>VS<br><br>SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRIC | (00452301) J. ARNOLD AGUILAR |

| DATE OF ORDERS | COURT'S DOCKETS |
|---|---|
| | |

LAW OFFICE

# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

Member, College of the State Bar of Texas

September 28, 2001

(956) 504-1100
Fax: (956) 504-1408
e-mail:aguilarlaw@aol.com

**RECEIVED**

OCT 01 2001

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____Deputy
Time_____Date_____

Mr. Joe G. Rivera,
CLERK OF THE COUNTY COURTS
CAMERON COUNTY COURTHOUSE
974 E. Harrison, 2nd Floor
Brownsville, Texas   78520

Re:   **NEW LAWSUIT** - Cause No. 2001-CCL-894-A
Jacquelyn W. Peña, et al.   vs.   San Benito C.I.S.D.
County Court at Law No. __1__, Cameron County, Texas
Our File No. 209-00

Dear Ms. De La Garza:

Enclosed herewith please find **PLAINTIFFS' ORIGINAL PETITION** for your filing with the Court regarding the above-captioned cause.

Service is requested at this time upon Defendant SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, by serving:

Superintendent Joe D. Gonzalez
240 North Crockett
San Benito, Texas   78586

I would therefore ask that you please prepare the citation and call my office so that I can make arrangements to have someone pick it up.

Also enclosed is a check made payable to your office in the amount of $197.00 to cover the filing, jury and citation fees.  Should there be any other costs incurred in this matter, please submit to us a bill for same and payment will be remitted promptly.

Artemis Square, Suite H-2  /  1200 Central Blvd.  /  Brownsville, Texas 78520

Mrs. Aurora De La Garza
CLERK OF THE DISTRICT COURTS
CAMERON COUNTY COURTHOUSE
September 28, 2001
Page  -2-

Thank you for your assistance in this matter.

Very truly yours,

**LAW OFFICE
J. ARNOLD AGUILAR**

By: _____
        J. Arnold Aguilar

JAA.fp
*Encls.

CAUSE NO. 2001-CCL- 874-A

FILED FOR RECORD

AT ___ O'CLOCK ___ M

OCT 0 1 2001

JOE G. RIVERA
CAMERON COUNTY CLERK
BY _____ Deputy

| | | |
|---|---|---|
| JACQUELYN W. PEÑA, as | § | IN THE COUNTY COURT |
| Next Friend of ALEX A. | § | |
| ROMEL, a minor child | § | |
| | § | AT LAW NO. |
| VS. | § | |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **JACQUELYN W. PEÑA**, *as Next Friend of* **ALEX A. ROMEL**, *a minor Child*, Plaintiffs in the above styled and numbered cause, complaining of the San Benito Consolidated Independent School District, Defendant herein, and for cause of action would respectfully show unto the Court as follows:

### I.

1.01    Plaintiffs hereby designate this case as a Level II discovery case under Rule 190 of the Texas Rules of Civil Procedure.

### II.

2.01    Plaintiffs **JACQUELYN W. PEÑA** and **ALEX A. ROMEL** are individual residents of San Benito, Cameron County, Texas.

V:\FP\POP\209-00.POP                                                                      PAGE 1

## 2001-CCL-0874A

2.02   Defendant **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** is an independent school district organized under the laws of the State of Texas. Service may be had upon this Defendant by serving its Superintendent, Joe D. Gonzalez, at his office address, 240 North Crockett, San Benito, Texas 78586.

## III.

### REQUEST FOR JURY TRIAL

3.01   Plaintiffs **JACQUELYN W. PEÑA** and **ALEX A. ROMEL** request that a jury of their peers be convened to determine the factual issues in this case and, together with the filing of this petition, tender to the Clerk the statutory jury application fee in accordance with Rule 216 of the Texas Rules of Civil Procedure.

## IV.

### JURISDICTION AND VENUE

4.01   This Court has jurisdiction over this controversy because the damages are within the jurisdictional limits of the Court.

4.02   Venue is proper in Cameron County, Texas, pursuant to Texas Civil Practice & Remedies Code §15.001, *et seq.*, in that all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Cameron County, Texas.

# V.

## FACTUAL BACKGROUND

5.01    Minor Plaintiff Alex A. Romel is a former student of Berta Cabaza Middle School, which is part of the San Benito Consolidated Independent School District. Prior to December 7, 2000, the parents of minor Plaintiff Alex A. Romel had made numerous complaints to school administrators that other students had been calling Alex names and were trying to pick fights with him. A primary reason for the antagonism towards Alex appeared to be racial because Alex is Anglo and the other students were Hispanic. In spite of Plaintiffs' numerous complaints, school officials took no action to counsel the students, or otherwise to remedy the situation or to protect Alex.

5.02    Thereafter, on December 7, 2000, minor Plaintiff Alex A. Romel was involved in an altercation with another student after he was trapped inside the boys' restroom and was prevented by other students from exiting. Although Alex asked the other students to let him exit the restroom, the other student refused. Although the other student was trying to hit Alex, and did hit him several times, Alex initially refrained from hitting the student back. Eventually, Alex struck the other student in self-defense, and in order to be able to leave the restroom. After doing so, Alex was able to exit the restroom.

5.03    This incident was reported to School Officer Garza by another student on the same day, and Officer Garza submitted a Student Discipline Report to the school, as a result of which Alex was suspended from school for one (1) day (December 8, 2000), pending a disciplinary

conference. Alex's principal, Heriberto Villarreal, thereafter summarily ordered him to attend the Positive Redirection Center, or the "boot camp," for five (5) days before he could return to school.

5.04   On December 11, 2000, Plaintiffs submitted a timely Notice of Complaint Level One to principal Villarreal to appeal his summary decision that Alex had to attend the "boot camp." After a conference with principal Villarreal to discuss his summary decision, Principal Villarreal concluded that his decision was final and that Alex had to attend the "boot camp" for five (5) days.

5.05   Plaintiffs immediately submitted their Notice of Complaint Level Two to have a hearing before the Superintendent's Placement Committee. This summary hearing was also held on the same day as the principal's decision, December 11, 2000. At the conclusion of the hearing, the Committee members upheld Principal Villarreal's summary decision that Alex be placed in the "boot camp" for five (5) days.

5.06   On December 15, 2000, Plaintiffs timely submitted their Level Three Notice of Appeal to the Superintendent to place the matter on the agenda for the next regular Board meeting of the San Benito C.I.S.D., pursuant to the District's Regulations, FNG (LOCAL). At this time, Plaintiffs also retained the services of counsel, J. Arnold Aguilar, to represent them in this matter. Counselor Aguilar submitted the appropriate Level 3 notice to the Superintendent, Joe D. Gonzalez, and sent a copy of same to the School Board's President, Oscar De La Fuente, Jr., requesting that this issue be set for a hearing before the School Board. After no hearing was provided as required by the District's Regulations, Counselor Aguilar contacted the School District's attorney on January 4, 2001, to attempt to get this matter set

before the Board.  Although counselor Aguilar made numerous attempts thereafter to set this matter for hearing, no hearing was ever set.  As a result, on February 9, 2001, another letter was sent to Superintendent Gonzalez, reminding him that on December 15, 2000, Plaintiffs had requested a hearing before the School Board, and again requesting that a hearing be set as soon as possible, in order to provide Alex the appropriate process to which he is due.  Despite numerous telephonic attempts to set this matter for hearing, Defendant continued to refuse to provide Plaintiffs any further hearing.

5.07    The actions of Defendant cast a badge of infamy on minor Plaintiff Alex A. Romel, for which Defendant has provided Plaintiffs no avenue to correct.  The reference of Alex to the "boot camp" classifies him as a "criminal" or "discipline problem," since that is the reputation of students sent to the "boot camp," and Defendant has failed to provide Plaintiffs with any means of process to correct the damage to Alex' reputation.  This is slanderous information that, unless corrected, will remain in Alex's school records beyond his graduation. In addition, Defendant has refused to allow Alex to return to classes until after he has attended five (5) days at the "boot camp."  Had Defendant acted properly and timely when Plaintiffs first complained about the racial hostility towards Alex, the situation may have never escalated. Because of Plaintiffs' concern that attendance at the "boot camp" may cause more psychological damage to Alex, who had no prior discipline problems, than it would remedy, Plaintiffs were forced to remove Alex from attendance at Berta Cabaza Middle School, and enroll him at a private institution, Calvary Christian School in Harlingen, Texas, until this matter could be resolved with the School Board.  To date, however, Defendant continues to deny Plaintiffs the hearing to which they are due, and the clearing of Alex's name, in violation of Plaintiffs' rights.

# VI.

## CAUSES OF ACTION

6.01    As a result of the facts described above, Defendant has violated Plaintiffs' rights to substantive and procedural due process, and to liberty, guaranteed to citizens, including Plaintiffs, under the Fourteenth Amendment to the U. S. Constitution, for which Plaintiffs now raise this action pursuant to 42 U.S.C. §1983.

# VII.

## DAMAGES

7.01    Upon final trial and hearing by a jury, Plaintiffs JACQUELYN W. PEÑA and ALEX A. ROMEL, a minor child, seek recovery of their actual and compensatory damages, including damages for their physical, emotional and mental pain, suffering, anguish, distress and anxiety, caused by Defendant's actions, in addition to the costs of attendance at Calvary Christian School, in an amount to be determined entirely by the discretion of the jury.

# VIII.

## ATTORNEY'S FEES

8.01    Plaintiffs were obligated to employ the LAW OFFICE OF J. ARNOLD AGUILAR to pursue their claims and file suit in order to protect their rights.   Plaintiffs therefore seek recovery of the reasonable attorney's fees incurred herein, pursuant to 42 U.S.C. §1988, *et seq.*

# IX.

## CONDITIONS PRECEDENT

9.01    All conditions precedent to the filing of this suit and the recovery of the damages prayed for herein have occurred and have been performed.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs **JACQUELYN W. PEÑA,** *as Next Friend of* **ALEX A. ROMEL,** *a minor child,* request that Defendant SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, be cited to appear and answer herein, and upon final trial that Plaintiffs have:

(1)     Judgment for actual damages against Defendant to be determined by the trier of fact;

(2)     Pre-judgment interest at the maximum legal rate;

(3)     Post-judgment interest on said judgment of the maximum legal rate, until paid in full;

(4)     Reasonable and necessary attorney's fees;

(5)     All costs of court; and,

(6)     Such other and further relief to which Plaintiffs may be justly entitled, both general and special, at law and in equity.

V:\FP\POP\209-00.POP

Signed on this the 28th day of September, 2001.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone      :  (956) 504-1100
Facsimile      :  (956) 504-1408


By: _____
J. Arnold Aguilar
State Bar No. 00936270

Attorney for Plaintiffs,
JACQUELYN W. PEÑA and
and ALEX A. ROMEL, a minor child

Citation for Personal Service  - GENERAL

No. 2001-CCL-00874-A

T H E   S T A T E   O F   T E X A S

FILED FOR RECORD
AT 11:46 O'CLOCK A M
OCT 04 2001
CAMERON COUNTY CLERK
By _____ Deputy

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: SAN BENITO CONSOLIDATED INDEPENDENT ETAL
BY SERVING SUPERINTENDENT JOE D. GONZALEZ
240 NORTH CROCKETT
SAN BENITO, TX 78586

the ____ DEFENDANT ____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
J. ARNOLD AGUILAR       (Attorney for Plaintiff or Plaintiff),
whose address is 1200 CENTRAL BLVD. SUITE H-2   BROWNSVILLE TEXAS  78520
on the 1st day of OCTOBER , A.D. 2001, in this case numbered 2001-CCL-00874-A
on the docket of said court, and styled,

JACQUELYN W. PENA A/N/F OF ALEX A. ROMEL, A MINOR
vs.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRIC

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ____ ORIGINAL PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville,

CAUSE NO. 2001-CCL-874-A

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT | § | IN THE COUTY COURT OF |
| FRIEND OF ALEX ROMEL, A MINOR | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | COURT AT LAW NO. 1 |

## NOTICE TO COUNTY CLERK OF REMOVAL OF CIVIL ACTION

TO : Mr. Joe G. Rivera
County Clerk - Cameron County
974 E. Harrison Street
Brownsville, Texas 78520

Please take notice that SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendant in the above-referenced matter, has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the cause styled <u>Jacquelyn Pena, As Next Friend of Alex A. Romel, a Minor vs. San Benito Consolidated Independent School District</u> originally filed in the County Court at Law No. 1 of Cameron County, Texas, Cause Number 2001-CCL-874-A, and that a true and correct copy of said Notice of Removal, is being filed with the Clerk of the said

United States District Court for the Southern District of Texas, Brownsville Division, and

that the County Court at Law No. 1 of Cameron County shall proceed no further, unless

the cause is remanded. A copy of said Notice of Removal, without copies of attachments,

is attached to this notice.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893

BY: _____
EILEEN LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

BY: _____
SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**
**SAN BENITO CONSOLIDATED I.S.D.**

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Notice to District Clerk of Removal Civil Action** has been forwarded to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via certified mail, return receipt requested, with postage pre-paid and addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this the _____16th_____ day of October, 2001

EILEEN LEEDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO._____  B - 0 1 - 17 ₹ |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

---

### NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION

---

TO:   JACQUELYN W. PENA, As Next Friend Of ALEX A. ROMEL, a Minor, by and
through her attorney of record:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on October

10, 2001 in the above entitled and numbered cause (being Cause Number 2001-CCL-874-A

in the County Court at Law NO. 1 of Cameron County, Texas). Defendant SAN BENITO

CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, filed its Notice of Removal in

the United States District Court for the Southern District of Texas, Brownsville Division.

Copies of such Notice and other papers so filed are enclosed herewith.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone:   (956) 541-1846
Facsimile:   (956) 541-1893

BY: _____
       EILEEN LEEDS
       State Bar No. 00791093
       USDC Adm. No.16799


BY: _____
       SETH MOORE
       State Bar No. 24027522
       USDC Adm. No. 28488


**ATTORNEYS FOR DEFENDANT**
**SAN BENITO CONSOLIDATED I.S.D.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Notice to Plaintiff of Removal of Civil Action** has been forwarded to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via certified mail, return receipt requested, with postage pre-paid and addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this the ___16th___ day of October, 2001

EILEEN LEEDS

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

EILEEN LEEDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § |
| VS. | § § |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § |

CIVIL ACTION NO. **B - 0 1 - 1 7**

---

### LIST OF PARTIES

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL

DISTRICT, Defendant herein, and, in accordance with the Local Rules for the United States

District Court for the Southern District of Texas governing removal of civil actions, file this

its List of Parties and would submit the following with the Court:

**PLAINTIFF:**

Jacquelyn W. Pena, As Next Friend of
Alex A. Romel, A Minor

**ATTORNEYS FOR PLAINTIFF:**

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas   78520
Telephone   : 956-504-1100
Facsimile   : 956-504-1408

**DEFENDANTS:**

San Benito Consolidated
Independent School District
240 N. Crockett
San Benito, Texas 78586

**ATTORNEY FOR DEFENDANT**
**SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**

Ms. Eileen Leeds
Mr. Seth Moore
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone     : 956-541-1846
Facsimile     : 956-541-1893

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone     : (956) 541-1846
Facsimile     : (956) 541-1893

BY: _____
      EILEEN LEEDS
      State Bar No. 00791093
      USDC Adm. No. 16799

BY: _____
      SETH MOORE
      State Bar No. 24027522
      USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**
**SAN BENITO CONSOLIDATED I. S. D.**

Page -2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO._____ |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

B - 01 - 17

---

## INDEX OF EXHIBITS

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendant herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, files this its Index of Exhibits and would submit to this Court the following:

1.  Certified Docket Sheet

2.  Plaintiff's Original Petition

3.  Citation issued to San Benito Consolidated Independent School District

CitiPDF - www.fwisu.com

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893

BY: _____
    EILEEN LEEDS
    State Bar No. 00791093
    USDC Adm. No. 16799


BY: _____
    SETH MOORE
    State Bar No. 24027522
    USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT
SAN BENITO CONSOLIDATED I. S. D.**

CMPDF - www.fasiso.com