

```
                    United States District Court
                     Southern District of Texas
                              FILED

                           OCT 2 2 2001

                         Michael N. Milby
                         Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACQUELYN W. PEÑA, as | § | |
| Next Friend of ALEX A. | § | |
| ROMEL, a minor child | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 01 -176 |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |

### PLAINTIFFS' CERTIFICATE OF DISCLOSURE
### OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **JACQUELYN W. PEÑA,** *as Next Friend of* **ALEX A. ROMEL**, *a minor child*, Plaintiffs herein and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiffs**
Jacquelyn W. Peña
Alex A. Romel

(2) **Plaintiffs' counsel**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

V:\FP\PLEADING\209-00.CRT                                              PAGE 1