5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-176 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |

### DEFENDANT'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order, Defendant SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S counsel certifies that the only persons, associations, etc., that are known to Defendant SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT to be financially interested in the outcome of this litigation are as follows:

**PLAINTIFF:**

Jacquelyn W. Pena, As Next Friend of
Alex A. Romel, A Minor

DEFENDANT:

San Benito Consolidated
Independent School District
240 N. Crockett
San Benito, Texas 78586

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

BY: _____
EILEEN LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

BY: _____
SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANT SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S DISCLOSURE OF INTERESTED PARTIES has been served by mailing same, certified mail, return receipt requested to all counsel of record as follows:

**(Via CMRRR#7001-1140-0002-2375-3037)**
Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this the 24th day of October, 2001.

EILEEN M. LEEDS