7

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACQUELYN W. PENA, as next friend of ALEX A. ROMEL, a minor child | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-176 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

## ADVISORY TO THE COURT REGARDING SCHEDULING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**, Defendant and advises the Court that she will be on vacation from **December 12, 2001 through January 6, 2002.** Eileen M. Leeds requests this Court not to schedule any matters which would require her presence at hearings during this period.

Signed on December 3rd, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____ w/p sm
Eileen Leeds
State Bar No. 00791093
Federal I. D. No. 16799
Attorneys for Defendants

-2-

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December __3rd__, 2001, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

                                           Eileen M. Leeds