IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-176 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(f)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1.   State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

**The first meeting of the parties was held by phone on January 25, 2002. The counsel who attended were as follows:**

**J. Arnold Aguilar for Plaintiff
Eileen Leeds for Defendant**

2.   List the cases related to this one that are pending in any state or federal court, with the case number and court.

**None.**

3.   Briefly describe what this case is about.

**Plaintiff claims that Defendant violated the Fourteenth Amendment to the U.S. Constitution, by denying him substantive and procedural due process. Plaintiff brings suit pursuant to 42 U.S.C. § 1983. Plaintiff claims that prior to December 7, 2000, the parents of minor Plaintiff Alex Romel had made numerous complaints to school administrators that other children were attempting to pick fights with him. Plaintiff**

further claims that on or about December 7, 2000, Alex Romel was involved in a physical altercation while at school after he was trapped in the boys restroom. As a result of his involvement, Alex was suspended one day pending a disciplinary conference. At this disciplinary conference, Alex's principal ordered him to attend the Positive Redirection Center, which Plaintiff calls the "boot camp," for five days. Plaintiff claims that on December 11, 2000, a Level One appeal was filed regarding the principal's decision and the decision was upheld. Plaintiff claims that a Level Two appeal was then filed and the decision was again upheld. Finally, on December 15, 2000, Plaintiff claims to have filed a Level Three appeal, which would have allowed Plaintiff to present his case in front of the entire San Benito C.I.S.D. school board. Plaintiff claims that after numerous attempts by Plaintiff to set this hearing, a Level Three appeal was never made available, in violation of District policy and the Fourteenth Amendment to the U.S. Constitution. Plaintiff claims that the punishment and refusal to provide minor Plaintiff with a hearing violated his constitutional rights.

4. Specify the allegation of federal jurisdiction.

Plaintiff is bringing this suit under 42 U.S.C. § 1983 for the alleged violation of Alex Romel's Fourteenth Amendment rights. Jurisdiction is proper pursuant to 28 U.S.C. § 1331.

5. Name the parties who disagree and the reasons.

None.

6. List additional anticipated parties that should be included, when they can be added, and by whom they are wanted.

None are anticipated at this time.

7. List anticipated interventions.

None are anticipated at this time.

8. Describe class-action issues.

   **None at this time.**

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **The Plaintiff Jacquelyn Peña will file initial disclosures by February 8, 2002.**

   **Defendant San Benito Consolidated I.S.D. will file initial disclosures by February 8, 2002.**

10. Describe the proposed agreed discovery plan, including:

    (a) Responses to all the matters raised in Rule 26(f).

    1. Rule 26(f)(1) - See response to Number 9;
    2. Rule 26(f)(2) - Plaintiff and Defendant will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendant anticipate discovery will be completed within 180 days;
    3. Rule 26(f)(3) - No changes needed at this time, subject to rearrangements of the parties; and
    4. Rule 26(f)(4) - None.

    (b) When and to whom the Plaintiff anticipates she may send formal written discovery.

    **Plaintiff anticipates sending out discovery, including Interrogatories, Requests for Admissions, and Requests for Production to Defendant by March 8, 2002.**

    (c) When and to whom the Defendants anticipate they may send formal written discovery.

    **Defendant San Benito Consolidated I.S.D. anticipates sending out discovery including Interrogatories, Requests for Admissions and Requests for Production by March 8, 2002.**

(d) Of whom and by when the Plaintiff anticipates taking oral depositions.

**Plaintiff anticipates needing depositions of San Benito Consolidated I.S.D. representatives, and the witnesses to the incident involving Alex Romel.**

**Plaintiff anticipates needing two or three additional depositions of witnesses who may surface as discovery progresses.**

**Plaintiff will take these depositions at a time convenient to both Plaintiff's and Defendant's counsel.**

(e) Of whom and by when the Defendants anticipate taking oral depositions.

**Defendant San Benito C.I.S.D. anticipates needing the deposition of the Plaintiffs Jacquelyn Pena and her son Alex Romel, as well as the witnesses to the incident involving Alex Romel.**

**Defendant San Benito C.I.S.D anticipates they may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

**Defendant San Benito C.I.S.D. will agree to take these depositions at a time convenient to all counsel.**

(f) When Plaintiff will be able to designate experts and provide reports required by Rule 26(a)(2)(b) and when opposing parties will designate responsive experts and provide reports.

**Plaintiff anticipates designating her experts and providing reports by May 8, 2002.**

**Defendant San Benito C.I.S.D. anticipates designating their responsive experts and providing reports within thirty (30) days of receiving Plaintiff's expert's reports.**

(g) List expert depositions the Plaintiff anticipates taking and their anticipated completion date.

**Plaintiff may depose all experts listed by Defendant and will likely do so within 30 days of their designation and Plaintiff's receipt of Defendant's experts' reports.**

    (h)    List expert depositions the Defendants anticipates taking and their anticipated completion date.

**Defendant San Benito Consolidated I.S.D. may depose all experts listed by Plaintiff and will likely do so within 30 days of their designation and Defendant's receipt of Plaintiff's experts' reports.**

11.    If the parties are not agreed on a part of discovery plan, describe the separate views and proposals of each party.

**Counsel have no disagreements at this time.**

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

**None.**

13.    State the date the planned discovery can reasonably be completed.

**July 26, 2002**

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.

**The parties have discussed possible mediation following preliminary discovery.**

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have discussed possible mediation following preliminary discovery.**

16.    From the attorneys' discussion with their clients, state the alternative dispute resolution techniques that are reasonably suitable.

**The parties have discussed possible mediation following preliminary discovery.**

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties joining position on a trial before a magistrate judge.

   **The parties do not agree to the use of a magistrate at this time.**

18. State whether a jury demand has been made and if it was made on time.

   **Plaintiff Jacquelyn W. Pena, as next friend of Alex Romel, a minor child, requested a jury trial on October 10, 2001.**

   **Defendant San Benito Consolidated Independent School District requested a trial by jury on September 14, 2001.**

19. Specify the number of hours it will take to present the evidence in this case.

   **At this time, the parties anticipate it will take sixteen (16) hours of testimony to present this case.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   **None.**

21. List other motions pending.

   **None.**

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   **None at this time.**

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

   **Plaintiff filed her Disclosure of Interested Parties on October 22, 2001.**

   **Defendant filed its Disclosure of Interested Parties on October 24, 2001.**

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

    Mr. J. Arnold Aguilar
    State Bar No. 00936270
    Federal I.D. No. 6822

    LAW OFFICE OF J. ARNOLD AGUILAR
    Artemis Square, Suite H-2
    1200 Central Boulevard
    Brownsville, Texas 78520
    Telephone   : (956) 504-1100
    Facsimile    : (956) 504-1408

    **ATTORNEY FOR PLAINTIFFS**
    **JACQUELYN W. PENA, AS NEXT**
    **FRIEND OF ALEX ROMEL, A MINOR**


    EILEEN M. LEEDS
    State Bar No. 00791093
    Federal I.D. No. 16799

    WILLETTE & GUERRA, L.L.P.
    International Plaza, Suite 460
    3505 Boca Chica Boulevard
    Brownsville, Texas 78521
    Telephone   : (956) 541-1846
    Facsimile    : (956) 541-1893

    **ATTORNEYS FOR DEFENDANT**


_/s/ Arnold Aguilar_ w/p sm      1-28-02
Counsel for Plaintiff(s)      Date

_/s/ Eileen Leeds_ w/p sm      1-28-02
Counsel for Defendant(s)      Date

Respectfully submitted,

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone　: (956) 504-1100
Facsimile　 : (956) 504-1408

BY: _J. Arnold Aguilar w/p sm_
　　J. ARNOLD AGUILAR
　　State Bar No. 00936270
　　Federal I.D. No. 6822

**ATTORNEY FOR PLAINTIFFS
JACQUELYN W. PENA, AS NEXT
FRIEND OF ALEX ROMEL, A MINOR**


WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone　: (956) 541-1846
Facsimile　 : (956) 541-1893

BY: _Eileen Leeds w/p sm_
　　EILEEN LEEDS
　　State Bar No. 00791093
　　Federal I.D. No. 16799

**ATTORNEY FOR DEFENDANT**

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

Mr. J. Arnold Aguilar
State Bar No. 00936270
Federal I.D. No. 6822

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone   : (956) 504-1100
Facsimile   : (956) 504-1408

**ATTORNEY FOR PLAINTIFFS
JACQUELYN W. PENA, AS NEXT
FRIEND OF ALEX ROMEL, A MINOR**


EILEEN M. LEEDS
State Bar No. 00791093
Federal I.D. No. 16799

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone   : (956) 541-1846
Facsimile   : (956) 541-1893

**ATTORNEYS FOR DEFENDANT**

_____   1/28/02
Counsel for Plaintiff(s)           Date

_____   _____
Counsel for Defendant(s)           Date

\2001\234\d-cmp\rule26(f)          Page -7-

Respectfully submitted,

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile : (956) 504-1408

BY: _____
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal I.D. No. 6822

**ATTORNEY FOR PLAINTIFFS
JACQUELYN W. PENA, AS NEXT
FRIEND OF ALEX ROMEL, A MINOR**


WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

BY: _____
EILEEN LEEDS
State Bar No. 00791093
Federal I.D. No. 16799

**ATTORNEY FOR DEFENDANT**

Page -8-