9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACQUELYN W. PENA, as next friend of ALEX A. ROMEL, a minor child | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-176 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

## DEFENDANT'S MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendant in the above entitled cause of action, and respectfully requests that this Court allow Seth Moore, to appear at the Initial Pre-Trial Conference before this Honorable Court for February 7, 2002, at 2:30 p.m. in place of Eileen Leeds, attorney for the Defendant and as grounds therefore would show the following:

I.

Seth Moore is an associate of the law firm of Willette & Guerra, L.L.P.

II.

Defendant requests permission for Seth Moore to appear for them in place of Eileen Leeds for the limited purpose of this hearing. Mr. Moore is familiar with the facts of this case and is fully authorized to act in this matter. Ms. Leeds will be available to continue

representation of Defendant subsequent to the conference currently scheduled for February 7, 2002 at 2:30 p.m..

WHEREFORE, PREMISES CONSIDERED, Defendant San Benito Consolidated Independent School District, respectfully requests that this Court enter an Order allowing Seth Moore to appear in place of Mr. Eileen Leeds for purposes of the Pre-Trial Conference on February 7, 2002 at 2:30 p.m.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

BY: _Eileen Leeds w/p_____
EILEEN LEEDS
State Bar No. 00791093
USDC No. 16799

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANT'S MOTION FOR LEAVE TO APPEAR has been served on all counsel of record via Hand Delivery as noted below:

Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this 7th day of February, 2002.

_____
EILEEN LEEDS

## CERTIFICATE OF CONFERENCE

I hereby certify that we have conferred with attorney for plaintiff and he is unopposed to the filing of said Motion.

_____
EILEEN LEEDS