THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

FEB 0 7 2002

| CIVIL ACTION NO. <u>B-01-176</u> | DATE & TIME: <u>02-07-02 AT 1:30 P.M.</u> |
|---|---|
| <u>JACQUELYN W. PENA, AS NEXT</u><br><u>FRIEND OF ALEX ROMEL, A MINOR</u> | PLAINTIFF(S)   <u>J. ARNOLD AGUILAR</u><br>COUNSEL |
| VS. | |
| <u>SAN BENITO CISD</u> | DEFENDANT(S)   <u>EILEEN LEEDS</u><br>COUNSEL |

---

Attorneys Arnold Aguilar and Seth Moore appeared in chambers.

Scheduling dates were selected.