*11*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACQUELYN W. PENA, AS NEXT FRIEND OF ALEX ROMEL, A MINOR | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-176 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |

## O R D E R

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **July 26, 2002**. If additional time is required, a motion requesting such extension must be filed no later than **July 8, 2002**. Failure to file such motion shall preclude further discovery.

(2) Defendant's Motion for Summary Judgment must be filed no later than **August 1, 2002**. Plaintiffs' response must be filed no later than **August 23, 2002**.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 11, 2002**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **October 17, 2002 at 1:30 P.M.**

(5) Final Pretrial is set for **October 31, 2002 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **November 1, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **November 2002**, docket call.

DONE at Brownsville, Texas, on this 7th day of February, 2002.

John Wm. Black
United States Magistrate Judge