IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 1 1 2002

| | |
|---|---|
| JACQUELYN W. PENA, as next friend of ALEX A. ROMEL, a minor child § § § | |
| VS. § § | CIVIL ACTION NO. B-01-176 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR**

On this the _7th_ day of February, 2002, came on for consideration Defendant's Motion for Leave to Appear and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that SETH MOORE of the law firm of WILLETTE & GUERRA, L.L.P. be allowed to appear in place of Eileen Leeds, attorney in charge, for Defendant, also of the law firm of Willette & Guerra, L.L.P. at the Pre-Trial Conference before this Court on February 7, 2002 at 1:30 p.m.

SIGNED FOR ENTRY on this _7TH_ day of _FEBRUARY_, 2002.

_____
UNITED STATES ~~DISTRICT~~ JUDGE PRESIDING
MAGISTRATE