IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JACQUELYN W. PENA, as next friend of ALEX A. ROMEL, a minor child § § § | |
| § | CIVIL ACTION NO. B-01-176 |
| VS. § | (JURY REQUESTED) |
| § § | |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § | |

## AGREED MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW Defendant, San Benito Consolidated Independent School District and Plaintiffs Jacquelyn W. Pena as Next Friend of Alex A. Romel, a Minor Child and file this their Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

### I.

All claims advanced by Plaintiffs against Defendant, in the above-referenced case have been compromised and settled.

### II.

In light of the above-referenced settlement, all parties to this matter move that this Court dismiss with prejudice all claims filed in this suit. All parties further move this court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant, respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiffs against Defendant, and for all other relief to which these Defendants may show themselves to be justly entitled.

Respectfully submitted,

Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

By: _____
    J. Arnold Aguilar
    State Bar No. 00936270
    USDC Adm. No. 6822

**Attorney for Plaintiffs**


Eileen M. Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
    Eileen M. Leeds
    State Bar No. 00791093
    USDC Adm. No. 16799

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this the __4__ day of ~~August~~ Sept., 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6635 2766**
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

_____
Eileen M. Leeds