United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACQUELYN W. PENA, as next friend of ALEX A. ROMEL, a minor child | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-176 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

## AGREED ORDER FOR DISMISSAL

Plaintiff Jacquelyn W. Pena, as next friend of Alex A. Romel and Defendant San Benito Consolidated Independent School District, by and through their attorneys of record, having informed the Court that this matter has been compromised and settled, that Plaintiff's claims against Defendant have been fully settled and all parties agreeing thereto, and it appearing to the Court that the dismissal should be made as prayed,

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that all of Plaintiffs' claims that have been asserted or could have been asserted in this law suit shall be and are dismissed with prejudice as to Defendant. As all parties have compromised and settled all claims and this court has dismissed all claims with prejudice upon consideration of the announcement of the parties, this order represents the final judgment in this case.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiffs and Defendant be paid by party incurring same as previously agreed to by these parties. Any and all other relief which may have been sought in this cause, whether

prayed for or not, is hereby DENIED.

SIGNED AND ENTERED on this 9th day of September, 2002.

_____
Judge Presiding

*APPROVED AS TO SUBSTANCE AND FORM*:

Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

_____
J. Arnold Aguilar, Attorney for Plaintiffs

Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas   78521

_____
Eileen M. Leeds, Attorney for Defendant

cc:    Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521
       Mr. J. Arnold Aguilar, Law Office of J. Arnold Aguilar, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville,
       Texas 78520